| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Brenda D Garner | Social Security number or ITIN   xxx–xx–3476 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Illinois | | |
| Case number:   18–18430 | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brenda D Garner

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

<u>April 28, 2023</u>

**For the court:**   <u>Jeffrey P. Allsteadt, Clerk</u>
United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                  Case No. 18-18430-JPC

Brenda D Garner                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: 3180W | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda D Garner, 2451 N Avers Ave, Chicago, IL 60647-7972 |
| 26865703 | + | Illinois Department of Healthcare & Family Service, 100 S. Grand Ave E, Springfield, IL 62762-1000 |
| 26865699 | + | OPORTUNPROG, 1647 W 47th St, Chicago, IL 60609-3248 |
| 26865698 | + | OVERLND BOND, 4701 W FULLERTON, CHICAGO, IL 60639-1899 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26865701 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Apr 28 2023 22:25:00 | City of Chicago - Parking and red Light Tickets, 121 N. LaSalle Street, Chicago, IL 60602 |
| 26918988 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Apr 28 2023 22:25:00 | City of Chicago Department, Of Administrative Hearing, City of Chicago - DOAH C/O Arnold Scott, 111 W. Jackson Ste 600, Chicago, IL 60604 |
| 26974322 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Apr 28 2023 22:25:00 | City of Chicago Department of Finance, c/o Arnold Scott Harris P.C., 111 W Jackson Blvd Ste.600, Chicago IL.60604 |
| 26865702 | + | EDI: PHINHARRIS | Apr 29 2023 02:17:00 | HARRIS & HARRIS LTD, 222 Merchandise Mart Plaza, Suite 1900, Chicago, IL 60654-1421 |
| 26865700 | | EDI: IRS.COM | Apr 29 2023 02:17:00 | IRS, Irs Mail Stop 4100 P-3, Kansas City, MO 64999 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:**

**Name**                         **Email Address**

Amy A Aronson
                    on behalf of Creditor Overland Bond & Investment Corp amyaronson@comcast.net  amyaronson@comcast.net

Chad Mizelle
                    on behalf of Debtor 1 Brenda D Garner cmizelle@semradlaw.com  ilnb.courtview@SLFCourtview.com

Michael A Miller
                    on behalf of Debtor 1 Brenda D Garner mmiller@semradlaw.com  ilnb.courtview@SLFCourtview.com

Patrick Semrad
                    on behalf of Debtor 1 Brenda D Garner psemrad@semradlaw.com  ilnb.courtview@SLFCourtview.com

Patrick S Layng
                    USTPRegion11.ES.ECF@usdoj.gov

Thomas H. Hooper
                    thomas.h.hooper@chicagoch13.com


TOTAL: 6